# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Civil Action No. 2:25-cv-00667-JRG-RSP <br><br> JURY TRIAL DEMANDED |

### [PROPOSED] ORDER GRANTING DEFENDANTS' OPPOSED MOTION TO STAY PENDING *INTER PARTES* REVIEW

The Court **ORDERS** as follows:

The Court, having considered Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s (collectively "Samsung") Opposed Motion to Stay Pending *Inter Partes* Review ("IPR") ("Motion"), and all other papers and evidence submitted in support, opposition, and reply, the pertinent pleadings and papers on file in this action, and the arguments of counsel, and finding good cause to grant the Motion, hereby **GRANTS** Samsung's Motion.

IT IS THEREFORE ORDERED THAT: Samsung's Motion is **GRANTED**, and this case is hereby **STAYED** pending final resolution (including appeal) of Samsung's IPR petitions.