**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| NETWORK-1 TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.<br><br>Defendants. | Civil Action No. 2:25-cv-667-JRG<br><br>**JURY TRIAL DEMANDED** |

**JOINT CLAIM CONSTRUCTION AND PREHEARING**
**<u>STATEMENT PURSUANT TO LOCAL P.R. 4-3</u>**

Pursuant to the Docket Control Order (Dkt. 26 at 4), and Local Patent Rule 4-3, Plaintiff Network-1 Technologies, Inc. ("Plaintiff" or "Network-1") and Defendants Samsung Electronics Co., Ltd. And Samsung Electronics America, Inc. (collectively, the "Parties") hereby jointly submit their Joint Claim Construction and Prehearing Statement. The claim terms proposed for construction below are found within U.S. Patent Nos. 11,233,780 ("the '780 Patent"); 11,606,204 ("the '204 Patent"); 11,916,893 ("the '893 Patent"); 11,973,864 ("the '864 Patent"); 12,166,869 ("the '869 Patent"); 12,207,094 ("the '094 Patent") (collectively, the "Asserted Patents").

Pursuant to P.R. 4-3, the parties provide the following:

## I. P.R. 4-3(A)(1) – AGREED CLAIM CONSTRUCTIONS

The Parties have not identified any agreed claim constructions.

## II. P.R. 4-3(A)(2) – DISPUTED CLAIM CONSTRUCTIONS

The Parties' proposed claim constructions for the disputed terms, as well as their intrinsic and extrinsic evidence, can be found in Exhibit A, attached hereto. The parties reserve the right to

rely upon the evidence supplied by the opposing side. In addition, each party reserves the right to amend, correct, or supplement its claim construction positions and supporting evidence in response to any change of position by any other party, or for other good cause.

## III. P.R. 4-3(A)(3) – LENGTH OF CLAIM CONSTRUCTION HEARING

The Parties propose that the Court allow a total of 1 hour (30 minutes per side) for the hearing.

## IV. P.R. 4-3(A)(4) – LIVE WITNESS TESTIMONY AT CLAIM CONSTRUCTION HEARING

At this time, neither party intends to call any live witnesses at the claim construction hearing.

## V. P.R. 4-3(A)(5) – OTHER ISSUES

At this time, the Parties are unaware of any additional issues that might appropriately be taken up at a prehearing conference prior to the Claim Construction Hearing.

Dated: September 21, 2026

Respectfully submitted,

/s/ *Marc Pensabene*
Ryan K. Yagura (Tex. Bar No. 24075933)
ryagura@omm.com
Xin-Yi Zhou (Tex. Bar No. 24127916)
vzhou@omm.com
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407

Marc J. Pensabene (Pro Hac Vice)
New York State Bar No. 2656361
mpensabene@omm.com
Laura B. Gore (Pro Hac Vice)
New York State Bar No. 5172879
lgore@omm.com
O'MELVENY & MYERS LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212-326-2000
Facsimile: 212-326-2061

Liam K. Azartash (Pro Hac Vice)
lazartash@omm.com
California State Bar No. 346952
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: 202-383-5300
Facsimile: 202-383-5414

Melissa Smith (Tex. Bar No. 24001351)
melissa@gillamsmithlaw.com
GILLAM AND SMITH LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

***Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.***

*s/ Eric Enger*
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@aatriallaw.com
Amir H. Alavi
Texas Bar No. 00793239
aalavi@aatriallaw.com
Michael McBride
Texas Bar No. 24065700
mmcbride@aatriallaw.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
rpinckney@aatriallaw.com
Connie Flores Jones
Texas Bar No. 00793736
cfloresjones@aatriallaw.com
Steve Jugle
Texas Bar No. 24083280
sjugle@aatriallaw.com
ALAVI & ANAIPAKOS PLLC
609 Main St, Suite 3200
Houston, Texas 77002
Telephone: (713) 751-2362
Facsimile: (713) 751-2341

Michael Heim
Texas Bar No. 09380923
mheim@hpcllp.com
R. Allan Bullwinkel
Texas Bar No. 24064327
abullwinkel@hpcllp.com
Eric James Enger
Texas Bar No. 24045833
eenger@hpcllp.com
William Brown Collier, Jr.
Texas Bar No. 24097519
wcollier@hpcllp.com
**HEIM, PAYNE & CHORUSH, LLP**
609 Main St., Suite 3200
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021

Andrea L. Fair
State Bar No. 24078488
andrea@millerfairhenry.com
Claire A. Henry
State Bar No. 24053063
claire@millerfairhenry.com
MILLER FAIR HENRY PLLC
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400 (telephone)

**ATTORNEYS FOR NETWORK-1 TECHNOLOGIES, INC.**

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on September 21, 2026, a copy of the foregoing was served electronically on all counsel of record via ECF.

*/s/ Eric J. Enger*
Eric J. Enger

**EXHIBIT A**

**P.R. 4-3 Joint Claim Construction Statement Proposed Constructions and Support**

| Claim Term | Plaintiff's Construction | Plaintiff's Evidence | Defendants' Construction | Defendants' Evidence |
|---|---|---|---|---|
| "(g) receiving the symmetric key"<br><br>('780 Patent claim 1 and '094 Patent claim 1) | Plain and ordinary meaning; no construction necessary | **Intrinsic Evidence:**<br><br>'780 Patent claim 1;<br><br>'780 Patent Fig. 3;<br><br>'780 Patent at 6:27-29, 11:36-38, 35:9-35, 35:46-52, 37:41-42, 41:45-42:3, 59:34-67 (and corresponding disclosure in the '094 Patent);<br><br>IPR2026-00114 ("'780 IPR"), Petition at 9-10;<br><br>'780 IPR, Sundaresan Dec at ¶¶109-110;<br><br>'780 IPR, Preliminary Response, at 20;<br><br>'780 IPR, Discretionary Denial Brief at 16;<br><br>'780 IPR, Paper 12 at 2;<br><br>'780 Patent File History at 1, 12-15, 38-49, 56-59, 96-3310, 3311-3318, 3393-3403, 3406-3417, 3532-3688, 3658-3662;<br><br>'094 Patent claim 1;<br><br>'094 Patent Fig 3; | "(g) receiving the symmetric key from a source other than the subscription manager" | **Intrinsic Evidence:**<br><br>'780 Patent at 1:33-4:39, 5:6-7:4, 35:19–52, 37:40-43, 40:23-40, 41:4-10, 41:40–66, 51:60-63, 59:34-40, 59:52–60:5, 71:46-56, 74:13-41, Fig. 2a, Fig. 2c, Fig. 3, Fig. 5c, Claim 1<br><br>'094 Patent at 1:52-4:48, 5:15-7:14, 35:19–62, 37:50-53, 40:33-50, 41:9-20, 41:55–42:13, 42:4-10, 52:3-6, 59:45-51, 59:62–60:11, 71:57-67, 74:24-52, Fig. 2a, Fig. 2c, Fig. 3, Fig. 5c, Claim 1<br><br>**Extrinsic Evidence:**<br><br>Expert opinions of Sundeep Rangan, PhD |

| | | | | |
|---|---|---|---|---|
| | | IPR2026-00118 ("'094 IPR"), Petition at 9-10;<br>'094 IPR, Preliminary Response at 19-20;<br>'094 IPR, Discretionary Denial Brief at 16;<br>'094 IPR, Sundaresan Dec at ¶¶109-110;<br>'094 IPR, Paper 13 at 2;<br>'094 Patent File History at 63, 74-77, 110-120, 130-140, 491-630.<br>**<u>Extrinsic Evidence:</u>**<br>receive: "To take or acquire (something given or offered); get or be given…."<br>The American Heritage Dictionary, 5th Edition, NWO_SAM_00034217-20<br><br>"What is a Symmetric Key?<br>In cryptography, a symmetric key is one that is used both to encrypt and decrypt information. This means that to decrypt information, one must have the same key that was used to encrypt it. The keys, in practice, represent a shared secret between two or more parties that can be used to maintain a private | | |

| | | | | |
|---|---|---|---|---|
| | | information link. This requirement that both parties have access to the secret key is one of the main drawbacks of symmetric key encryption, in comparison to public-key encryption. Asymmetric encryption, on the other hand, uses a second, different key to decrypt information."<br><br>https://cpl.thalesgroup.com/faq/key-secretsmanagement/what-symmetric-key, NWO_SAM_00034221-23.<br><br>Declaration of Dr. Karthikeyan Sundaresan. | | |
| "cryptographic parameters"<br><br>('869 Patent claims 1, 4, and 18) | Plain and ordinary meaning; no construction necessary | **<u>Intrinsic Evidence:</u>**<br><br>'869 Patent claims 1, 4, 18;<br><br>'869 Patent Fig. 1d, 1i, 6, 8;<br><br>'869 Patent at 5:18-20, 5:23-26, 6:26-30, 6:60-66, 8:10-18, 8:58-66, 9:47-63, 10:1-12, 10:64-67, 29:19-31, 31:7-11, 32:1-11, 32:26-30, 32:52-60, 33:2-5, 33:24-32, 33:47-60, 33:65-34:47, 43:57-45:3, 45:43-46:44, 47:18-21, 61:20-25, 76:31-45, 80:34-44, 80:57-81:15, 97:41-49, 108:4-11, 112:36-45, 113:6-13, 130:50-58, 132:33-37, 133:39-44, 133:58-62, 140:64-141:1, 142:21- | "input settings for cryptographic algorithms" | **<u>Intrinsic Evidence:</u>**<br><br>'869 Patent at 1:63-4:48, 5:9-7:28, 9:57–63, 24:53-25:3, 25:4-19, 26:1-22, 30:47-62, 31:7–11, 32:1–7, 32:26–30, 32:52–60, 33:1-5, 33:24–32, 33:47–56, 33:65–34:39, 42:48-46:46, 76:31-45, 97:38-52, 102:22-34, 103:4-7, 132:59-66, Fig. 1d, Fig. 1i, Fig. 5b, Fig. 7, Claim 1, Claim 4, Claim 18<br><br>**<u>Extrinsic Evidence:</u>**<br><br>'780 Patent, *see* NWO_SAM_00000001–59 |

| | | | | |
|---|---|---|---|---|
| | | 24, 143:47-49, 145:15-23, 145:52-56, 148:11-14, 148:24-26;<br><br>’869 Patent File History at 7, 18-24, 31-33, 77-84, 97-102, 161-168, 173-179, 278-494;<br><br>IPR2026-00117 (“’869 IPR”), Petition at 19;<br><br>’869 IPR, Rangan Declaration at ¶59;<br><br>’869 IPR, Paper 12 at 2;<br><br>’869 IPR, Preliminary Response at 1-2, 22, 25, 26-28, 53.<br><br>**<u>Extrinsic Evidence:</u>**<br><br>Cryptography: “The art of protecting information by transforming it (encrypting it) into an unreadable format, called ciphertext. Only those who possess a secret key can decipher (or decrypt) the message into plaintext. Encrypted messages can sometimes be broken by cryptanalysis, also called codebreaking, although modern cryptography techniques are virtually unbreakable.”<br><br>Parameter: “1. Characteristic. For example, specifying parameters means defining the characteristics of something. In general, parameters are used to customize a | | Colin Boyd & Anish Mathuria, *Protocols for Authentication and Key Establishment* (2003), *see* SAMS396-0130453–795<br><br>Certicom Research, *Standards for Efficient Cryptography, SEC 1: Elliptic Curve Cryptography* (2009) , *see* SAMS396-0130796–939<br><br>Prosecution History of Appl. No. 14/039,401, *see* SAMS396-0130965–1548<br><br>U.S. Patent No. 8,713,320, *see* SAMS396-0130940–964<br><br>Expert opinions of Sundeep Rangan, PhD |

| | | | | |
|---|---|---|---|---|
| | | program. For example, filenames, page lengths, and font specifications could all be considered parameters. 2. In programming, the term parameter is synonymous with argument, a value that is passed to a routine."<br><br>Philip E. Margolis, Random House Webster's Computer & Internet Dictionary at 127, 414 (3d ed. 1999), NWO_SAM_00034212-16.<br><br>Declaration of Dr. Karthikeyan Sundaresan. | | |