IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| NETWORK-1 TECHNOLOGIES, INC.<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.;<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 2:25-cv-667-JRG<br><br>Jury Trial Requested |

**DECLARATION OF ERIC J. ENGER IN SUPPORT OF PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF**

I, Eric J. Enger, declare as follows:

1. I am a partner with the law firm of Heim, Payne & Chorush, which represents Network-1 Technologies, Inc. in this matter. I am admitted to practice in Texas. I have personal, first-hand knowledge of the matters set forth herein and, if called to testify as a witness, I could and would testify competently thereto.

2. Exhibit 1 is a true and correct copy of U.S. Patent No. 11,233,780.

3. Exhibit 2 is a true and correct copy of U.S. Patent No. 12,207,094.

4. Exhibit 3 is a true and correct copy of U.S. Patent No. 11,916,893.

5. Exhibit 4 is a true and correct copy of U.S. Patent No. 11,606,204.

6. Exhibit 5 is a true and correct copy of U.S. Patent No. 11,973,864.

7. Exhibit 6 is a true and correct copy of U.S. Patent No. 12,166,869.

8. Exhibit 7 is a true and correct copy of "A Comparative Introduction to 4G and 5G Authentication" by CableLabs, available at https://web.archive.org/web/20251227224850/https://www.cablelabs.com/insights/a-comparative-introduction-to-4g-and-5g-authentication (highlighting added).

9. Exhibit 8 is a true and correct copy of the Declaration of Dr. Karthikeyan Sundaresan Regarding Claim Construction, dated September 21, 2026.

10. Exhibit 9 is a true and correct excerpt of the Petition for *Inter Partes Review* of U.S. Patent No. 11,233,780 in Case No. IPR2026-00114; *Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc., Petitioner v. Network-1 Technologies, Inc., Patent Owner,* dated November 26, 2025.

11. Exhibit 10 is a true and correct excerpt of the Petition for *Inter Partes Review* of U.S. Patent No. 12,207,094 in Case No. IPR2026-00118; *Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc., Petitioner v. Network-1 Technologies, Inc., Patent Owner,* dated December 1, 2025.

12. Exhibit 11 is a true and correct excerpt of Patent Owner's Preliminary Response to Petition for *Inter Partes Review* of U.S. Patent No. 11,233,780 in Case No. IPR2026-00114; *Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc., Petitioner v. Network-1 Technologies, Inc., Patent Owner,* dated March 3, 2026.

13. Exhibit 12 is a true and correct excerpt of Patent Owner's Preliminary Response to Petition for *Inter Partes Review* of U.S. Patent No. 12,207,094 in Case No. IPR2026-00118; *Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc., Petitioner v. Network-1 Technologies, Inc., Patent Owner,* dated March 3, 2026.

14. Exhibit 13 is a true and correct copy of the Notice of Decisions on Institution for IPR2026-00114 and IPR2026-00118, dated May 6, 2026 (highlighting added).

15. Exhibit 14 is a true and correct copy of the definition of "receive" from The American Heritage Dictionary, 5th edition, 2011 (highlighting added).

16. Exhibit 15 is a true and correct copy of "What is Symmetric Key?", available at https://cpl.thalesgroup.com/faq/key-secrets-management/what-symmetric-key (highlighting added).

17. Exhibit 16 is a true and correct excerpt of a produced document titled "SEC 1: Elliptic curve Cryptography", produced with bates numbers SAMS396-0130796 to SAMS396-0130939.

18. Exhibit 17 is a true and correct excerpt of the Declaration of Dr. Sundeep Rangan In Support of Samsung's Opening Claim Construction Brief, dated September 18, 2026.

19. Exhibit 18 is a true and correct excerpt of the Petition for Inter Partes Review of U.S. Patent No. 12,166,869 in Case No. IPR2026-00117; *Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc., Petitioner v. Network-1 Technologies, Inc., Patent Owner*, dated November 20, 2025.

20. Exhibit 19 is a true and correct excerpt of the Declaration of Dr. Sundeep Rangan In Support of Samsung's Petition for Inter Partes Review of U.S. Patent No. 12,166,869 in Case No. IPR2026-00117; *Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc., Petitioner v. Network-1 Technologies, Inc., Patent Owner*, dated November 20, 2025.

21. Exhibit 20 is a true and correct copy of the First Response to the Non-Final Office Action dated July 14, 2015, produced with bates numbers SAMS396-0131461 to SAMS396-0131486.

22. Exhibit 21 is a true and correct copy of the definitions of "cryptography" and "parameter" from the Computer and Internet Dictionary, 3rd edition (highlighting added).

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 2, 2026

Respectfully submitted,

*/s/ Eric J. Enger*

Eric J. Enger