**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| Network-1 Technologies, Inc.,<br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No. 2:25-cv-00667-JRG |

**DECLARATION OF MARC PENSABENE IN SUPPORT OF DEFENDANTS' RESPONSIVE CLAIM CONSTRUCTION BRIEF**

1. I, Marc Pensabene, declare as follows:

2. I am a partner with the law firm of O'Melveny & Myers, LLP, which represents Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Defendants" or "Samsung"). I am admitted to practice in Texas. I have personal, first-hand knowledge of the matters set forth herein and, if called to testify as a witness, I could and would testify competently thereto.

3. Exhibit A is a true and correct copy of the Declaration of Dr. Sundeep Rangan regarding claim construction, dated September 18, 2026.

4. Exhibit B is a true and correct copy of U.S. Patent No. 11,233,780.

5. Exhibit C is a true and correct copy of U.S. Patent No. 12,207,094.

6. Exhibit D is a true and correct copy of U.S. Patent No. 12,166,869.

7. Exhibit E is a true and correct copy of the Prosecution History of U.S. Patent Application No. 14/039,401 (produced at SAMS396-0130965-1548), excerpted.

8. Exhibit F is a true and correct copy of SEC 1: Elliptic Curve Cryptography (produced at SAMS396-0130796–939), excerpted.

9. Exhibit G is a true and correct copy of "Protocols for Authentication and Key Establishment" by Body and Mathuria (produced at SAMS396-0130453–795), excerpted.

10. Exhibit H is a true and correct copy of Subpoena Duces Tecum and Notice of Deposition to AT&T Mobility, LLC, dated January 14, 2026.

11. Exhibit I is a true and correct copy of Subpoena Duces Tecum and Notice of Deposition to T-Mobile USA, Inc., dated January 14, 2026.

12. Exhibit J is a true and correct copy of Subpoena Duces Tecum and Notice of Deposition to Verizon Wireless, dated January 14, 2026.

13. Exhibit K is a true and correct copy of Petition for Inter Partes Review of U.S. Patent No. 11,233,780, in IPR2026-00114, dated November 26, 2025.

14. Exhibit L is a true and correct copy of the Declaration of Dr. Sundeep Rangan In Support of Samsung's Petition for Inter Partes Review of U.S. Patent No. 12,166,869 in IPR2026-00117, dated November 20, 2025.

15. Exhibit M is a true and correct patent family tree for U.S. Patent Nos. 11,233,780 and 12,207,094.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Dated: November 16, 2026 *ǀsǀ Marc Pensabene*

Marc Pensabene