**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **NETWORK-1 TECHNOLOGIES, INC.**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.;**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 2:25-cv-00667-JRG**<br><br>**Jury Trial Requested** |

**JOINT MOTION TO AMEND DOCKET CONTROL ORDER**

The Parties jointly file this motion to amend the current Docket Control Order (ECF No. 26) and respectfully ask the Court to move the expert-related deadlines by less than a week. The extension is necessary to give the experts time to address testimony from foreign depositions that must occur in mid-January 2027 (shortly before the current opening expert reports must be served). The motion does not impact the scheduled dates for dispositive motions, pretrial, or trial.

The proposed changes to the current schedule are as follows:

| Current Deadline | New Deadline | Event |
|---|---|---|
| January 19, 2027 | **January 25, 2027** | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| February 8, 2027 | **February 12, 2027** | Serve Disclosures for Rebuttal Expert Witnesses |
| February 22, 2027 | **February 26, 2027** | Deadline to Complete Expert Discovery |

Accordingly, the Parties respectfully request that the Court grant this Joint Motion and extend the deadlines as set forth above.

Dated: November 19, 2026

/s/ *Marc Pensabene*
Marc J. Pensabene (Pro Hac Vice)
New York State Bar No. 2656361
mpensabene@omm.com
Laura B. Gore (Pro Hac Vice)
New York State Bar No. 5172879
lgore@omm.com
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212-326-2000
Facsimile: 212-326-2061

Ryan K. Yagura (Tex. Bar No. 24075933)
ryagura@omm.com
**O'MELVENY & MYERS LLP**
400 S. Hope Street
Los Angeles, CA 90071
Telephone: 213-430-6000
Facsimile: 213-430-6407

Liam K. Azartash (Pro Hac Vice)
lazartash@omm.com
California State Bar No. 346952
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: 202-383-5300
Facsimile: 202-383-5414

Frances Mackay (Tex. Bar No. 24109494)
fmackay@omm.com
**O'MELVENY & MYERS LLP**
2801 North Harwood Street, Ste. 1600
Dallas, TX 75201-2692
Tel.: (972) 360-1900
Fax: (972) 360-1901

Melissa R. Smith (Tex. Bar No. 24001351)
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670

Respectfully submitted,

/s/ *Eric J. Enger*
Demetrios Anaipakos
Texas Bar No. 00793258
danaipakos@aatriallaw.com
Amir H. Alavi
Texas Bar No. 00793239
aalavi@aatriallaw.com
Michael McBride
Texas Bar No. 24065700
mmcbride@aatriallaw.com
Steven Jugle
Texas Bar No. 24083280
sjugle@aatriallaw.com
C. Ryan Pinckney
Texas Bar No. 24067819
rpinckney@aatriallaw.com
Connie Flores Jones
Texas Bar No. 00793736
cfloresjones@aatriallaw.com
**ALAVI & ANAIPAKOS PLLC**
609 Main Street, Suite 3200
Houston, Texas 77002
Telephone: (713) 751-2362
Facsimile: (713) 751-2341

Michael F. Heim
Texas State Bar No. 09380923
Eric J. Enger
Texas State Bar No. 24045833
R. Allan Bullwinkel
Texas State Bar No. 240864327
William B. Collier, Jr.
Texas State Bar No. 24097519
**HEIM, PAYNE & CHORUSH, LLP**
609 Main St. Suite 3200
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021
mheim@hpcllp.com
eenger@hpcllp.com
abullwinkel@hpcllp.com
wcollier@hpcllp.com

Telephone: 903-934-8450
Facsimile: 903-934-9257

*ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.;*

Andrea L. Fair
State Bar No. 24078488
andrea@millerfairhenry.com
Claire A. Henry
State Bar No. 24053063
claire@millerfairhenry.com
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, Texas 75604
(903) 757-6400 (telephone)

*ATTORNEYS FOR NETWORK-1 TECHNOLOGIES, INC.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is being filed jointly.

*/s/ Eric J. Enger*
Eric J. Enger

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on November 19, 2026, a copy of the foregoing was served electronically through the U.S. District Court, Eastern District of Texas ECF system on all counsel of record.

*/s/ Eric J. Enger*
Eric J. Enger