**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **NETWORK-1 TECHNOLOGIES, INC.**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.;**<br><br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 2:25-cv-00667-JRG**<br><br>**Jury Trial Requested** |

**ORDER GRANTING JOINT MOTION TO AMEND DOCKET CONTROL ORDER**

Before the Court is Network-1 Technologies, Inc. ("Network-1") and Defendants Samsung Electronics Co., Ltd. And Samsung Electronics America, Inc. ("Samsung") Joint Motion to Amend Docket Control Order. After consideration of said joint motion, the Court finds that said motion should be **GRANTED**.

IT IS THEREFORE ORDERED that the Docket Control Order in the above captioned case is modified as follows:

| Current Deadline | New Deadline | Event |
|---|---|---|
| June 7, 2027 | | *Jury Selection – 9:00 a.m. in **Marshall, Texas**[1] |
| May 31, 2027 | | *Defendant to disclose final invalidity theories, final prior art references/combinations, and final equitable |

[1] The proposed DCO shall include this specific deadline. The deadline shall read, "7 days before Jury Selection," and shall not include a specific date.

| Current Deadline | New Deadline | Event |
|---|---|---|
| | | defenses with notice of the same filed with the Court.[2] |
| May 28, 2027 | | *Plaintiff to disclose final election of Asserted Claims with notice of the same filed with the Court. |
| May 10, 2027 | | * If a juror questionnaire is to be used, an editable (in Microsoft Word format) questionnaire shall be jointly submitted to the Deputy Clerk in Charge by this date.[3] |
| May 3, 2027 | | *Pretrial Conference – 9:00 a.m. in **Marshall, Texas** before Judge Rodney Gilstrap |
| April 26, 2027 | | *Notify Court of Agreements Reached During Meet and Confer<br><br>The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| April 26, 2027 | | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, Responses to Motions *in Limine*, Updated Exhibit Lists, Updated Witness Lists, and Updated Deposition Designations |
| April 19, 2027 | | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the |

[2] Given the Court's past experiences with litigants dropping claims and defenses during or on the eve of trial, the Court is of the opinion that these additional deadlines are necessary. The proposed

DCO shall include this specific deadline. The deadline shall read, "10 days before Jury Selection," and shall not include a specific date.

[3] The Parties are referred to the Court's Standing Order Regarding Use of Juror Questionnaires in Advance of *Voir Dire*.

| Current Deadline | New Deadline | Event |
|---|---|---|
| | | party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shawn McRoberts, at shawn_mcroberts@txed.uscourts.gov. |
| April 12, 2027 | | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| April 12, 2027 | | Serve Objections to Rebuttal Pretrial Disclosures |
| April 5, 2027 | | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| March 22, 2027 | | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| March 15, 2027 | | *Response to Dispositive Motions (including *Daubert* Motions). Responses to dispositive motions that were filed prior to the dispositive motion deadline, including *Daubert* Motions, shall be due in accordance with Local Rule CV-7(e), not to exceed the deadline as set forth in this Docket Control Order.[4] Motions for Summary Judgment shall comply with Local Rule CV-56. |
| March 1, 2027 | | *File Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| March 1, 2027 | | *File Dispositive Motions<br><br>No dispositive motion may be filed after this date without leave of the Court. |

[4] The parties are directed to Local Rule CV-7(d), which provides in part that "[a] party's failure to oppose a motion in the manner prescribed herein creates a presumption that the party does not controvert the facts set out by movant and has no evidence to offer in opposition to the motion." If the deadline under Local Rule CV 7(e) exceeds the deadline for Response to Dispositive Motions, the deadline for Response to Dispositive Motions controls.

| Current Deadline | New Deadline | Event |
|---|---|---|
| | | Motions shall comply with Local Rule CV-56 and Local Rule CV-7. Motions to extend page limits will only be granted in exceptional circumstances. Exceptional circumstances require more than agreement among the parties. |
| February 22, 2027 | **February 26, 2027** | Deadline to Complete Expert Discovery |
| February 8, 2027 | **February 12, 2027** | Serve Disclosures for Rebuttal Expert Witnesses |
| January 19, 2027 | | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| January 19, 2027 | **January 25, 2027** | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| January 4, 2027 | | Comply with P.R. 3-7 (Opinion of Counsel Defenses) |
| December 17, 2026 | | *Claim Construction Hearing – 9:00 a.m. in **Marshall, Texas** before Judge Rodney Gilstrap |
| November 30, 2026 | | *Comply with P.R. 4-5(d) (Joint Claim Construction Chart) |
| November 23, 2026 | | *Comply with P.R. 4-5(c) (Reply Claim Construction Brief) |